FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Smith  136527  **COMPLAINT**
(Last Name) (Identification Number)

Torey  Cortez
(First Name) (Middle Name)

CMCF/.
(Institution)

PO box 88550 Pearl MS. 39288
(Address)
*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JAN 29 2013
J.T. NOBLIN, CLERK
BY_____ DEPUTY

V.

Miss Dept of Corrections
Wexford Health of Corrections
Jarron Kimbel / officer
Montre Bisoff  Nurse
*(Enter above the full name of the defendant or defendants in this action)*

CIVIL ACTION NUMBER: 3:13cv62-DPJ-FKB
(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?  Yes (✓)  No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: Officer Pixison, Et al, Defendants.

2. Court (if federal court, name the district; if state court, name the county): United States District Court  Sd. Mississippi Jackson Division

3. Docket Number: 3:11cv25-TSL-MTP

4. Name of judge to whom case was assigned: Michael T. Parker

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): Yes I Assume He Said with prejudice It wasn't Appeal By Time I've Gotten The Paperwork It was Told I couldn't Appeal

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Torey Cortez Smith     Prisoner Number: 136527

Address: P.O. box 88550 pearl. ms. 39288 cmcf

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Patricks Johnson _____ is employed as Captian _____ at Miss Dept of Corrections. cmcf /720 P.O. box 88550 pearl ms. 39288

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Torey C. Smith #136527     ADDRESS: P.O. box 88550 pearl ms 39288

DEFENDANT(S):

NAME: Miss Dept of Corrections     ADDRESS: 703 N. President St Jackson ms. 39208
Wexford Health of corrections     P.O. box 88550 pearl ms. 39288
Jarron Kimbel / officer     P.O. box 88550 pearl ms. 39288
Montre Bisoff / nurse     P.O. box 88550 pearl ms. 39288
Jasmine petterson / officer     P.O. box 88550 pearl ms. 39288
State of Miss
Jane Does
John Does
Et. Al.
Joyce Dempsy P.O. box 88550 pearl, ms 39288
Officer Anderson P.O. box 88550 pearl ms. 39228
Captin Cannon P.O. box 88550 pearl ms. 39228
Superintendent's James Holmen P.O. box 88550 pearl ms 39288

2

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( )   No (✗)

B. Are you presently incarcerated for a parole or probation violation?

   Yes (✗)   No ( )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes (✗)   No ( )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes (✗)   No ( )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes (✗)   No ( ), if so, state the results of the procedure: _I've Reported To Shift Commanders As well I've filed complaints wit Commissioner Epps yet Anything has Be done_

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

      Yes ( )   No ( )

   2. State how your claims were presented (written request, verbal request, request for forms): _____

   _____

   3. State the date your claims were presented: _____

   4. State the result of the procedure: _____

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

Starting Aug. 2012 After me Arriving To correct Too B1 I Have Been complaing About her ander in officer Jasmine Petterson Refusin To give out mail, In Later Besin Around Nov 2012 I have Being called out my NAme By officer Anderson In Jarvon Kimbel mikin sexuelly Acts Towards me. In I've Spoken wit the IV Division About These Acts Also Captin comes who have cussed me out. In Refuse to do Anything I may need I was Threaten By him. I Reported All To the commisner offices. Also I was force To Deal wit A Rush Ach for About 2 months Also After Tryin To get futher Treatment I was Denied wit Dec 28 2012 The nurse denyed to see me In Treatin To write me up I was force to Take A Hardol shot Without A Doctors order Also The staff has Became very judgement In my sexual prefres forced me to know to Be heard or waren of The facts left joride refuse to do Anothing for me These Are ongoing things

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

The officer Be not Allowed To do Any Correction's duty's In miss Dept corrections provide me montary damages for The cruel usual Pushments I went thru. Also The medical Dept In Nurse provide me montary damages for my suffing Puritive damages, Comfortady damages, Intensive Physoye Treatment In futher.

Signed this 8 day of January, 20 13

Tory C Smith # 136537

Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

1-8-2013
(Date)

Torey C Smith #136537
Signature of plaintiff

4